# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Albert Lee Hubbell, | Civil No. 09-CV-1173 (JMR/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| Better Business Bureau of Minnesota, a Minnesota Corporation, and Anne Gallagher, a Minnesota resident. | |
| Defendants. | |

---

David Larson, Esq., Martin & Squires, P.A., 2050 Piper Jaffray Plaza, 444 Cedar Street, St. Paul, Minnesota 55101, for Plaintiff.

Thomas E. Marshall and Gina K. Janeiro, Esqs., Jackson Lewis, LLP, 225 South Sixth Street, Suite 3850, Minneapolis, Minnesota 55402, for Defendants.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Defendants' Rule 12(b)(6) Motion to Dismiss Defendant Anne Gallagher [Doc. No. 15] is **GRANTED**.

Dated: December 21, 2009

s/James M. Rosenbaum
James M. Rosenbaum
United States District Court Judge