# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Albert Lee Hubbell,

      Plaintiff,               Civil 09-1173 (RHK/SRN)

vs.                      **DISQUALIFICATION AND**
                           **ORDER FOR REASSIGNMENT**

Better Business Bureau of Minnesota,

      Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 10, 2010

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge